## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jaclyn R. Kalieta          BK NO. 23-01886 MJC

            Debtor(s)

                                    Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of ONSLOW BAY FINANCIAL LLC and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
05 Sep 2023, 09:35:01, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 5:23-bk-01886-MJC    Doc 9    Filed 09/05/23    Entered 09/05/23 15:56:07    Desc
Main Document      Page 1 of 1
Document ID: a4f319e0c966dd37d4a503fe9b565f5009d7e7a3883638407886fade77cee907