In re:  Case No. 23-01886-MJC

Jaclyn R. Kalieta  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Sep 18, 2023  Form ID: ntnew341  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jaclyn R. Kalieta, 207 Hatchet Cv, Auburn, PA 17922-9528 |
| 5561449 | | Blue Mountain School District, 685 Red Dale Rd, Orwigsburg, PA 17961-2035 |
| 5561458 | | Onslow Bay Financial LLC, 1211 6th Ave, New York, NY 10036-8701 |
| 5561459 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5561461 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5561462 | | Schuylkill County Tax Claim Bureau, 401 N 2nd St, Pottsville, PA 17901-1756 |
| 5561464 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5561466 | | Wayne Township (Schuylkill County), 10 Municipal Rd, Schuykl Havn, PA 17972-8500 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561448 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 18 2023 18:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5561450 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2023 18:36:15 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5561451 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2023 18:46:24 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5561452 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 18 2023 18:37:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5561453 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 18 2023 18:36:06 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5561454 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 18 2023 18:37:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5561455 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2023 18:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5561456 | ^ | MEBN | Sep 18 2023 18:32:14 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5562707 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2023 18:36:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561457 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2023 18:36:15 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5561460 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2023 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5561463 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2023 18:36:07 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5561465 | ^ | MEBN | Sep 18 2023 18:32:12 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5561467 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 18 2023 18:36:15 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jaclyn R. Kalieta mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| Michael Patrick Farrington | on behalf of Creditor ONSLOW BAY FINANCIAL LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jaclyn R. Kalieta,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−01886−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 30, 2023<br><br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2023 |

ntnew341 (09/23)