Corixa Corporation   Five Moore Drive   P.O. Box 13398   Research Triangle Park, NC 27709   +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 01/16/2023 | 01/31/2023 | 02/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,166.88 | 60.64 | 1,147.42 | 500.03 | 2,458.79 |
| YTD | 12,500.64 | 181.92 | 3,442.24 | 1,458.42 | 7,418.06 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Salary Earnings (001 | 01/16/2023-01/31/2023 | 0 | 0 | 4,166.88 | 12,500.64 | OASDI | 254.87 | 764.61 |
| | | | | | | Medicare | 59.61 | 178.82 |
| | | | | | | Federal Withholding | 660.73 | 1,982.19 |
| | | | | | | State Tax - PA | 126.06 | 378.18 |
| | | | | | | SUI-Employee Paid - PA | 2.92 | 8.75 |
| | | | | | | City Tax - EDNGL | 41.06 | 123.18 |
| | | | | | | PA LST - EDNGL | 2.17 | 6.51 |
| Earnings | | | | 4,166.88 | 12,500.64 | Employee Taxes | 1,147.42 | 3,442.24 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plan | 14.75 | 44.25 | 401(k) - Roth | 500.03 | 1,458.42 |
| Medical Plan | 42.00 | 126.00 | | | |
| Vision Plan | 3.89 | 11.67 | | | |
| Pre Tax Deductions | 60.64 | 181.92 | Post Tax Deductions | 500.03 | 1,458.42 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,110.81 | 12,332.43 |
| Medicare - Taxable Wages | 4,110.81 | 12,332.43 |
| Federal Withholding - Taxable Wages | 4,110.81 | 12,332.43 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,458.79   USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 02/01/2023 | 02/15/2023 | 02/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,166.88 | 60.64 | 1,147.42 | 500.03 | 2,458.79 |
| YTD | 16,667.52 | 242.56 | 4,589.66 | 1,958.45 | 9,876.85 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Base Salary Earnings (001 | 02/01/2023-02/15/2023 | 0 | 0 | 4,166.88 | 16,667.52 |
| Earnings | | | | 4,166.88 | 16,667.52 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 254.87 | 1,019.48 |
| Medicare | 59.61 | 238.43 |
| Federal Withholding | 660.73 | 2,642.92 |
| State Tax - PA | 126.06 | 504.24 |
| SUI-Employee Paid - PA | 2.92 | 11.67 |
| City Tax - EDNGL | 41.06 | 164.24 |
| PA LST - EDNGL | 2.17 | 8.68 |
| Employee Taxes | 1,147.42 | 4,589.66 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 59.00 |
| Medical Plan | 42.00 | 168.00 |
| Vision Plan | 3.89 | 15.56 |
| Pre Tax Deductions | 60.64 | 242.56 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 500.03 | 1,958.45 |
| Post Tax Deductions | 500.03 | 1,958.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,110.81 | 16,443.24 |
| Medicare - Taxable Wages | 4,110.81 | 16,443.24 |
| Federal Withholding - Taxable Wages | 4,110.81 | 16,443.24 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,458.79 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 02/16/2023 | 02/28/2023 | 03/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,166.88 | 60.64 | 1,147.40 | 500.03 | 2,458.81 |
| YTD | 20,834.40 | 303.20 | 5,737.06 | 2,458.48 | 12,335.66 |

| Earnings | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Base Salary Earnings (001 | 02/16/2023-02/28/2023 | 0 | 0 | 4,166.88 | 20,834.40 | OASDI | 254.87 | 1,274.35 |
| | | | | | | Medicare | 59.60 | 298.03 |
| | | | | | | Federal Withholding | 660.73 | 3,303.65 |
| | | | | | | State Tax - PA | 126.06 | 630.30 |
| | | | | | | SUI-Employee Paid - PA | 2.91 | 14.58 |
| | | | | | | City Tax - EDNGL | 41.06 | 205.30 |
| | | | | | | PA LST - EDNGL | 2.17 | 10.85 |
| Earnings | | | | 4,166.88 | 20,834.40 | Employee Taxes | 1,147.40 | 5,737.06 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plan | 14.75 | 73.75 | 401(k) - Roth | 500.03 | 2,458.48 |
| Medical Plan | 42.00 | 210.00 | | | |
| Vision Plan | 3.89 | 19.45 | | | |
| Pre Tax Deductions | 60.64 | 303.20 | Post Tax Deductions | 500.03 | 2,458.48 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,110.81 | 20,554.05 |
| Medicare - Taxable Wages | 4,110.81 | 20,554.05 |
| Federal Withholding - Taxable Wages | 4,110.81 | 20,554.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,458.81 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 03/01/2023 | 03/15/2023 | 03/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,166.88 | 60.64 | 1,147.41 | 500.03 | 2,458.80 |
| YTD | 44,802.28 | 363.84 | 13,575.23 | 5,334.63 | 25,528.58 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Annual Bonus | | | | | 19,801.00 | OASDI | 254.87 | 2,756.88 |
| Base Salary Earnings (001 | 03/01/2023-03/15/2023 | 0 | 0 | 4,166.88 | 25,001.28 | Medicare | 59.60 | 644.75 |
| | | | | | | Federal Withholding | 660.73 | 8,320.60 |
| | | | | | | State Tax - PA | 126.06 | 1,364.25 |
| | | | | | | SUI-Employee Paid - PA | 2.92 | 31.36 |
| | | | | | | City Tax - EDNGL | 41.06 | 444.37 |
| | | | | | | PA LST - EDNGL | 2.17 | 13.02 |
| Earnings | | | | 4,166.88 | 44,802.28 | Employee Taxes | 1,147.41 | 13,575.23 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plan | 14.75 | 88.50 | 401(k) - Roth | 500.03 | 5,334.63 |
| Medical Plan | 42.00 | 252.00 | | | |
| Vision Plan | 3.89 | 23.34 | | | |
| Pre Tax Deductions | 60.64 | 363.84 | Post Tax Deductions | 500.03 | 5,334.63 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,110.81 | 44,465.86 |
| Medicare - Taxable Wages | 4,110.81 | 44,465.86 |
| Federal Withholding - Taxable Wages | 4,110.81 | 44,465.86 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,458.80 | USD |

Corixa Corporation   Five Moore Drive   P.O. Box 13398   Research Triangle Park, NC 27709   +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 03/16/2023 | 03/31/2023 | 04/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,417.88 | 60.64 | 1,593.52 | 650.15 | 3,113.57 |
| YTD | 50,220.16 | 424.48 | 15,168.75 | 5,984.78 | 28,642.15 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Base Salary Earnings (001 | 03/16/2023-03/31/2023 | 0 | 0 | 4,166.88 | 29,168.16 |
| US - Acting Up Allowance (0 | 03/16/2023-03/31/2023 | 0 | 0 | 417.00 | 1,251.00 |
| US - Acting Up Allowance (0 | 02/16/2023-02/28/2023 | 0 | 0 | 417.00 | |
| US - Acting Up Allowance (0 | 03/01/2023-03/15/2023 | 0 | 0 | 417.00 | |
| Earnings | | | | 5,417.88 | 50,220.16 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 332.44 | 3,089.32 |
| Medicare | 77.75 | 722.50 |
| Federal Withholding | 959.33 | 9,279.93 |
| State Tax - PA | 164.47 | 1,528.72 |
| SUI-Employee Paid - PA | 3.79 | 35.15 |
| City Tax - EDNGL | 53.57 | 497.94 |
| PA LST - EDNGL | 2.17 | 15.19 |
| Employee Taxes | 1,593.52 | 15,168.75 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 103.25 |
| Medical Plan | 42.00 | 294.00 |
| Vision Plan | 3.89 | 27.23 |
| Pre Tax Deductions | 60.64 | 424.48 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 650.15 | 5,984.78 |
| Post Tax Deductions | 650.15 | 5,984.78 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,361.81 | 49,827.67 |
| Medicare - Taxable Wages | 5,361.81 | 49,827.67 |
| Federal Withholding - Taxable Wages | 5,361.81 | 49,827.67 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 3,113.57 | USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547 | | | | | |
| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 04/01/2023 | 04/15/2023 | 04/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.24 | 573.27 | 2,779.10 |
| YTD | 54,997.41 | 485.12 | 16,532.99 | 6,558.05 | 31,421.25 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Annual Bonus | | | | | 19,801.00 | OASDI | 292.71 | 3,382.03 |
| Base Salary Earnings (001 | 04/01/2023-04/15/2023 | 0 | 0 | 4,360.25 | 33,528.41 | Medicare | 68.46 | 790.96 |
| US - Acting Up Allowance ( | 04/01/2023-04/15/2023 | 0 | 0 | 417.00 | 1,668.00 | Federal Withholding | 805.58 | 10,085.51 |
| | | | | | | State Tax - PA | 144.80 | 1,673.52 |
| | | | | | | SUI-Employee Paid - PA | 3.35 | 38.50 |
| | | | | | | City Tax - EDNGL | 47.17 | 545.11 |
| | | | | | | PA LST - EDNGL | 2.17 | 17.36 |
| Earnings | | | | 4,777.25 | 54,997.41 | Employee Taxes | 1,364.24 | 16,532.99 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plan | 14.75 | 118.00 | 401(k) - Roth | 573.27 | 6,558.05 |
| Medical Plan | 42.00 | 336.00 | | | |
| Vision Plan | 3.89 | 31.12 | | | |
| Pre Tax Deductions | 60.64 | 485.12 | Post Tax Deductions | 573.27 | 6,558.05 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,721.18 | 54,548.85 |
| Medicare - Taxable Wages | 4,721.18 | 54,548.85 |
| Federal Withholding - Taxable Wages | 4,721.18 | 54,548.85 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,779.10 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 04/16/2023 | 04/30/2023 | 05/05/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,027.25 | 60.64 | 1,448.77 | 573.27 | 2,944.57 |
| YTD | 60,024.66 | 545.76 | 17,981.76 | 7,131.32 | 34,365.82 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | 04/16/2023-04/30/2023 | 0 | 0 | 250.00 | 250.00 |
| Base Salary Earnings (001 | 04/16/2023-04/30/2023 | 0 | 0 | 4,360.25 | 37,888.66 |
| US - Acting Up Allowance (0 | 04/16/2023-04/30/2023 | 0 | 0 | 417.00 | 2,085.00 |
| Earnings | | | | 5,027.25 | 60,024.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 308.21 | 3,690.24 |
| Medicare | 72.08 | 863.04 |
| Federal Withholding | 860.65 | 10,946.16 |
| State Tax - PA | 152.47 | 1,825.99 |
| SUI-Employee Paid - PA | 3.52 | 42.02 |
| City Tax - EDNGL | 49.67 | 594.78 |
| PA LST - EDNGL | 2.17 | 19.53 |
| Employee Taxes | 1,448.77 | 17,981.76 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 132.75 |
| Medical Plan | 42.00 | 378.00 |
| Vision Plan | 3.89 | 35.01 |
| Pre Tax Deductions | 60.64 | 545.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 573.27 | 7,131.32 |
| Post Tax Deductions | 573.27 | 7,131.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,971.18 | 59,520.03 |
| Medicare - Taxable Wages | 4,971.18 | 59,520.03 |
| Federal Withholding - Taxable Wages | 4,971.18 | 59,520.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,944.57 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 05/01/2023 | 05/15/2023 | 05/19/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,377.25 | 60.64 | 1,567.12 | 573.27 | 3,176.22 |
| YTD | 65,401.91 | 606.40 | 19,548.88 | 7,704.59 | 37,542.04 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | 05/01/2023-05/15/2023 | 0 | 0 | 600.00 | 850.00 |
| Base Salary Earnings (001 | 05/01/2023-05/15/2023 | 0 | 0 | 4,360.25 | 42,248.91 |
| US - Acting Up Allowance (0 | 05/01/2023-05/15/2023 | 0 | 0 | 417.00 | 2,502.00 |
| Earnings | | | | 5,377.25 | 65,401.91 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 329.92 | 4,020.16 |
| Medicare | 77.16 | 940.20 |
| Federal Withholding | 937.72 | 11,883.88 |
| State Tax - PA | 163.22 | 1,989.21 |
| SUI-Employee Paid - PA | 3.76 | 45.78 |
| City Tax - EDNGL | 53.17 | 647.95 |
| PA LST - EDNGL | 2.17 | 21.70 |
| Employee Taxes | 1,567.12 | 19,548.88 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 147.50 |
| Medical Plan | 42.00 | 420.00 |
| Vision Plan | 3.89 | 38.90 |
| Pre Tax Deductions | 60.64 | 606.40 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 573.27 | 7,704.59 |
| Post Tax Deductions | 573.27 | 7,704.59 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,321.18 | 64,841.21 |
| Medicare - Taxable Wages | 5,321.18 | 64,841.21 |
| Federal Withholding - Taxable Wages | 5,321.18 | 64,841.21 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 3,176.22 | USD |

Corixa Corporation   Five Moore Drive   P.O. Box 13398   Research Triangle Park, NC 27709   +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 05/16/2023 | 05/31/2023 | 06/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.23 | 573.27 | 2,779.11 |
| YTD | 70,179.16 | 667.04 | 20,913.11 | 8,277.86 | 40,321.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 05/16/2023-05/31/2023 | 0 | 0 | 4,360.25 | 46,609.16 |
| US - Acting Up Allowance (0 | 05/16/2023-05/31/2023 | 0 | 0 | 417.00 | 2,919.00 |
| Earnings | | | | 4,777.25 | 70,179.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.71 | 4,312.87 |
| Medicare | 68.45 | 1,008.65 |
| Federal Withholding | 805.58 | 12,689.46 |
| State Tax - PA | 144.80 | 2,134.01 |
| SUI-Employee Paid - PA | 3.35 | 49.13 |
| City Tax - EDNGL | 47.17 | 695.12 |
| PA LST - EDNGL | 2.17 | 23.87 |
| Employee Taxes | 1,364.23 | 20,913.11 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 162.25 |
| Medical Plan | 42.00 | 462.00 |
| Vision Plan | 3.89 | 42.79 |
| Pre Tax Deductions | 60.64 | 667.04 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 573.27 | 8,277.86 |
| Post Tax Deductions | 573.27 | 8,277.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 69,562.39 |
| Medicare - Taxable Wages | 4,721.18 | 69,562.39 |
| Federal Withholding - Taxable Wages | 4,721.18 | 69,562.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,779.11 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 06/01/2023 | 06/15/2023 | 06/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.23 | 573.27 | 2,779.11 |
| YTD | 74,956.41 | 727.68 | 22,277.34 | 8,851.13 | 43,100.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 06/01/2023-06/15/2023 | 0 | 0 | 4,360.25 | 50,969.41 |
| US - Acting Up Allowance (0 | 06/01/2023-06/15/2023 | 0 | 0 | 417.00 | 3,336.00 |
| Earnings | | | | 4,777.25 | 74,956.41 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.71 | 4,605.58 |
| Medicare | 68.46 | 1,077.11 |
| Federal Withholding | 805.58 | 13,495.04 |
| State Tax - PA | 144.80 | 2,278.81 |
| SUI-Employee Paid - PA | 3.34 | 52.47 |
| City Tax - EDNGL | 47.17 | 742.29 |
| PA LST - EDNGL | 2.17 | 26.04 |
| Employee Taxes | 1,364.23 | 22,277.34 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 177.00 |
| Medical Plan | 42.00 | 504.00 |
| Vision Plan | 3.89 | 46.68 |
| Pre Tax Deductions | 60.64 | 727.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) - Roth | 573.27 | 8,851.13 |
| Post Tax Deductions | 573.27 | 8,851.13 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 74,283.57 |
| Medicare - Taxable Wages | 4,721.18 | 74,283.57 |
| Federal Withholding - Taxable Wages | 4,721.18 | 74,283.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,779.11 | USD |

Corixa Corporation   Five Moore Drive   P.O. Box 13398   Research Triangle Park, NC 27709   +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 06/16/2023 | 06/30/2023 | 07/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.23 | 1,094.49 | 2,257.89 |
| YTD | 79,733.66 | 788.32 | 23,641.57 | 9,945.62 | 45,358.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 06/16/2023-06/30/2023 | 0 | 0 | 4,360.25 | 55,329.66 |
| US - Acting Up Allowance (0 | 06/16/2023-06/30/2023 | 0 | 0 | 417.00 | 3,753.00 |
| Earnings | | | | 4,777.25 | 79,733.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.71 | 4,898.29 |
| Medicare | 68.46 | 1,145.57 |
| Federal Withholding | 805.58 | 14,300.62 |
| State Tax - PA | 144.80 | 2,423.61 |
| SUI-Employee Paid - PA | 3.34 | 55.81 |
| City Tax - EDNGL | 47.17 | 789.46 |
| PA LST - EDNGL | 2.17 | 28.21 |
| Employee Taxes | 1,364.23 | 23,641.57 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 191.75 |
| Medical Plan | 42.00 | 546.00 |
| Vision Plan | 3.89 | 50.57 |
| Pre Tax Deductions | 60.64 | 788.32 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan #1 | 521.22 | 521.22 |
| 401(k) - Roth | 573.27 | 9,424.40 |
| Post Tax Deductions | 1,094.49 | 9,945.62 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 79,004.75 |
| Medicare - Taxable Wages | 4,721.18 | 79,004.75 |
| Federal Withholding - Taxable Wages | 4,721.18 | 79,004.75 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,257.89 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 07/01/2023 | 07/15/2023 | 07/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.25 | 1,094.49 | 2,257.87 |
| YTD | 84,510.91 | 848.96 | 25,005.82 | 11,040.11 | 47,616.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 07/01/2023-07/15/2023 | 0 | 0 | 4,360.25 | 59,689.91 |
| US - Acting Up Allowance (0 | 07/01/2023-07/15/2023 | 0 | 0 | 417.00 | 4,170.00 |
| Earnings | | | | 4,777.25 | 84,510.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.72 | 5,191.01 |
| Medicare | 68.46 | 1,214.03 |
| Federal Withholding | 805.58 | 15,106.20 |
| State Tax - PA | 144.80 | 2,568.41 |
| SUI-Employee Paid - PA | 3.35 | 59.16 |
| City Tax - EDNGL | 47.17 | 836.63 |
| PA LST - EDNGL | 2.17 | 30.38 |
| Employee Taxes | 1,364.25 | 25,005.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 206.50 |
| Medical Plan | 42.00 | 588.00 |
| Vision Plan | 3.89 | 54.46 |
| Pre Tax Deductions | 60.64 | 848.96 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan #1 | 521.22 | 1,042.44 |
| 401(k) - Roth | 573.27 | 9,997.67 |
| Post Tax Deductions | 1,094.49 | 11,040.11 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 83,725.93 |
| Medicare - Taxable Wages | 4,721.18 | 83,725.93 |
| Federal Withholding - Taxable Wages | 4,721.18 | 83,725.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,257.87 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 07/16/2023 | 07/31/2023 | 08/04/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.22 | 1,094.49 | 2,257.90 |
| YTD | 89,288.16 | 909.60 | 26,370.04 | 12,134.60 | 49,873.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 07/16/2023-07/31/2023 | 0 | 0 | 4,360.25 | 64,050.16 |
| US - Acting Up Allowance (0 | 07/16/2023-07/31/2023 | 0 | 0 | 417.00 | 4,587.00 |
| Earnings | | | | 4,777.25 | 89,288.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.71 | 5,483.72 |
| Medicare | 68.45 | 1,282.48 |
| Federal Withholding | 805.58 | 15,911.78 |
| State Tax - PA | 144.80 | 2,713.21 |
| SUI-Employee Paid - PA | 3.34 | 62.50 |
| City Tax - EDNGL | 47.17 | 883.80 |
| PA LST - EDNGL | 2.17 | 32.55 |
| Employee Taxes | 1,364.22 | 26,370.04 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 221.25 |
| Medical Plan | 42.00 | 630.00 |
| Vision Plan | 3.89 | 58.35 |
| Pre Tax Deductions | 60.64 | 909.60 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan #1 | 521.22 | 1,563.66 |
| 401(k) - Roth | 573.27 | 10,570.94 |
| Post Tax Deductions | 1,094.49 | 12,134.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 88,447.11 |
| Medicare - Taxable Wages | 4,721.18 | 88,447.11 |
| Federal Withholding - Taxable Wages | 4,721.18 | 88,447.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,257.90 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 08/01/2023 | 08/15/2023 | 08/21/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.24 | 1,094.49 | 2,257.88 |
| YTD | 94,065.41 | 970.24 | 27,734.28 | 13,229.09 | 52,131.80 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Annual Bonus | | | | | 19,801.00 | OASDI | 292.71 | 5,776.43 |
| Awards | | | | | 850.00 | Medicare | 68.46 | 1,350.94 |
| Base Salary Earnings (001 | 08/01/2023-08/15/2023 | 0 | 0 | 4,360.25 | 68,410.41 | Federal Withholding | 805.58 | 16,717.36 |
| US - Acting Up Allowance (0 | 08/01/2023-08/15/2023 | 0 | 0 | 417.00 | 5,004.00 | State Tax - PA | 144.80 | 2,858.01 |
| | | | | | | SUI-Employee Paid - PA | 3.35 | 65.85 |
| | | | | | | City Tax - EDNGL | 47.17 | 930.97 |
| | | | | | | PA LST - EDNGL | 2.17 | 34.72 |
| Earnings | | | | 4,777.25 | 94,065.41 | Employee Taxes | 1,364.24 | 27,734.28 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Plan | 14.75 | 236.00 | 401K Loan #1 | 521.22 | 2,084.88 |
| Medical Plan | 42.00 | 672.00 | 401(k) - Roth | 573.27 | 11,144.21 |
| Vision Plan | 3.89 | 62.24 | | | |
| Pre Tax Deductions | 60.64 | 970.24 | Post Tax Deductions | 1,094.49 | 13,229.09 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,721.18 | 93,168.29 |
| Medicare - Taxable Wages | 4,721.18 | 93,168.29 |
| Federal Withholding - Taxable Wages | 4,721.18 | 93,168.29 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,257.88 | USD |

Corixa Corporation  Five Moore Drive  P.O. Box 13398  Research Triangle Park, NC 27709  +1 877-694-7547

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jaclyn Kalieta | Corixa Corporation | 60063026 | 08/16/2023 | 08/31/2023 | 09/06/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,777.25 | 60.64 | 1,364.24 | 1,094.49 | 2,257.88 |
| YTD | 98,842.66 | 1,030.88 | 29,098.52 | 14,323.58 | 54,389.68 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Annual Bonus | | | | | 19,801.00 |
| Awards | | | | | 850.00 |
| Base Salary Earnings (001 | 08/16/2023-08/31/2023 | 0 | 0 | 4,360.25 | 72,770.66 |
| US - Acting Up Allowance (0 | 08/16/2023-08/31/2023 | 0 | 0 | 417.00 | 5,421.00 |
| Earnings | | | | 4,777.25 | 98,842.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 292.72 | 6,069.15 |
| Medicare | 68.46 | 1,419.40 |
| Federal Withholding | 805.58 | 17,522.94 |
| State Tax - PA | 144.80 | 3,002.81 |
| SUI-Employee Paid - PA | 3.34 | 69.19 |
| City Tax - EDNGL | 47.17 | 978.14 |
| PA LST - EDNGL | 2.17 | 36.89 |
| Employee Taxes | 1,364.24 | 29,098.52 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Plan | 14.75 | 250.75 |
| Medical Plan | 42.00 | 714.00 |
| Vision Plan | 3.89 | 66.13 |
| Pre Tax Deductions | 60.64 | 1,030.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Loan #1 | 521.22 | 2,606.10 |
| 401(k) - Roth | 573.27 | 11,717.48 |
| Post Tax Deductions | 1,094.49 | 14,323.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,721.18 | 97,889.47 |
| Medicare - Taxable Wages | 4,721.18 | 97,889.47 |
| Federal Withholding - Taxable Wages | 4,721.18 | 97,889.47 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******1199 | ******1199 | | 2,257.88 | USD |