United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jaclyn R. Kalieta  
Debtor

Case No. 23-01886-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2  
Date Rcvd: Oct 31, 2023 Form ID: ntnoshow Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jaclyn R. Kalieta, 207 Hatchet Cv, Auburn, PA 17922-9528 |
| 5561449 | | Blue Mountain School District, 685 Red Dale Rd, Orwigsburg, PA 17961-2035 |
| 5561458 | | Onslow Bay Financial LLC, 1211 6th Ave, New York, NY 10036-8701 |
| 5561459 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5561461 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5561462 | | Schuylkill County Tax Claim Bureau, 401 N 2nd St, Pottsville, PA 17901-1756 |
| 5561464 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5561466 | | Wayne Township (Schuylkill County), 10 Municipal Rd, Schuykl Havn, PA 17972-8500 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561448 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 31 2023 18:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5561450 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2023 18:52:43 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5561451 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2023 18:52:59 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5561452 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2023 18:41:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5561453 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2023 18:52:55 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5561454 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 31 2023 18:41:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5573430 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 31 2023 18:41:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5561455 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5561456 | ^ | MEBN | Oct 31 2023 18:41:09 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5562707 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 18:53:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561457 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 18:53:00 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5561460 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5561463 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2023 18:53:11 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 5561465 | ^ | MEBN | Oct 31 2023 18:41:05 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5561467 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 31 2023 18:53:11 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 5571059 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 31 2023 18:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Jaclyn R. Kalieta mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| Michael Patrick Farrington | on behalf of Creditor ONSLOW BAY FINANCIAL LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jaclyn R. Kalieta,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−01886−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **November 20, 2023** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **November 20, 2023**.

**If no objections are filed by November 20, 2023, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2023 |

ntnoshow (07/18)